-----------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

- against -

Edgar Bonilla

Defendant.

-----------------------------------------------------X

ORDER OF REFERRAL

05 CR 530 (FB)

The defendant, _____ABOVE_____, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge __POLLAK__ to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

Dated: Brooklyn, New York

_____10|14|_____, 2005

FREDERIC BLOCK
United States District Judge

CONSENTED TO:

_____
Defendant (signature)

_____
Attorney for Defendant (signature)

_____
Assistant US Attorney

10/24/05